1  CHARLES E. KELLY, ESQ.

2  Nevada Bar No. 4652
   706 South Eighth Street

3  Las Vegas, Nevada  89101
   (702) 385-0777

4  Attorney for Defendant

5

6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9

   **UNITED STATES OF AMERICA,**     ) **No. 2:09 CR 00466 PMP LRL**
10                                   )
            Plaintiff,               )
11                                   )
                                     ) **GUDINO MOTION TO EXTEND**
12                                   ) **TIME TO FILE SUPPRESSION**
                                     )          **MOTION**
13 **vs.**                           )
                                     )
14                                   )
                                     )
15 **MANUEL GUDINO-SIERRA et al.,**  )
                                     )
16          Defendant.               )

17

18        **COMES NOW**, Defendant Manuel Gudino-Sierra ("Gudino"), by and through his

19 counsel, Charles E. Kelly, and hereby files this Motion for Leave to file his Motion to Suppress,

20 requesting Evidentiary Hearing.  Gudino is seeking the suppression of his post-arrest statements

21

22 made on or about October 18, 2009, immediately following his arrest for drug trafficking

23 charges.  Notwithstanding that this case has been pending for quite some time, the matter is not

24 set for trial until later this Spring.  The undersigned Counsel was told by the Defendant that he

25 was going to hire new, private counsel; however, he has been unable to do so.  Further, it does

26

27 not appear that the case is going to be negotiated; again, notwithstanding the efforts of all parties

28 having repeatedly attempted to do so.  And lastly, Co-Defendant Luis Miguel Sagrero-Alba has

                                     -1-

1    recently sought and obtained leave of Court to file a motion to suppress his post-arrest

2    statements.

3           Therefore, Defendant Gudino is asking the Court to grant him leave to file his Motion to

4
     Suppress.  Gudino's motion is premised upon the exact same facts, circumstances and witnesses
5

6    as that of his co-defendant.  The motions could be heard in tandem and would cause no undue

7    delay.  And to some extent, the hearing of such a motion may serve to facilitate a resolution of

8    the case short of trial.

9
            It is submitted that the instant motion is in the interests of justice.
10

11          WHEREFORE, Defendant Gudino requests this Court grant him leave to file his Motion

12   to Suppress.

13          DATED this 30th day of January, 2010.

14

15                                              Respectfully Submitted by:

16
                                                CHARLES E. KELLY, P.C.
17

18
                                                By: /s/_____
19                                              Nevada Bar #4652
                                                706 S. 8th Street
20                                              Las Vegas, Nevada  89101
                                                (702) 385-0777
21

22

23          IT IS SO ORDERED.

24

25

26          UNITED STATES MAGISTRATE JUDGE
            DATED: _____ 1-31-11
27

28

                                                -2-