UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00466-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| MANUEL GUDINO-SIERRA, et al., | |
| Defendant. | |

On May 17, 2011, the Court received the attached letter from Defendant Manuel Gudino-Sierra. The letter is self-explanatory, and good cause appearing,

**IT IS ORDERED** that the Clerk of Court shall send a copy of Defendant's letter to all interested parties.

**IT IS FURTHER ORDERED** that counsel shall file motions as they deem appropriate.

DATED: May 19, 2011.

PHILIP M. PRO
United States District Judge

RECEIVED CHAMBERS OF
MAY 17 2011
PHILIP M. PRO
U.S DISTRICT JUDGE

5-14-2011

HONORABLE Philip Pro
UNITED STATES JUDGE
LAS VEGAS, NV.

RE: 2:09-cr-466-PMP-LRL  Miguel Gudino-Sierra

Your Honor:

HAVE BEEN INCARCERATED FOR 20 MONTHS, MY APPOINTED LAWYER, CHARLES KELLY, has informed me I MUST sign a "PLEA MEMORANDUM" AS A JURY will find me guilty AS I DON'T SPEAK English AND AM A illegal immigrant, This LAWYER is TOTALLY INCOMPETENT to handle MY CASE, I WAS NEVER GIVEN MY MIRANDA rights, I only SAID WHAT the police TOLD me to SAY, AM NOW AWARE THAT I AM FACING 168 MONTHS IN PRISON SO will NOT sign The Agreement and would like a JURY TRIAL AS SOON AS POSSIBLE, I NEVER WAIVED time on this CASE Yet HAVE BEEN IN JAIL for 20 plus MONTHS, A NEW ATTORNEY is IN ORDER AND if POSSIBLE ONE THAT CAN SPEAK SPANISH,

ALSO would like to see ALL DISCOVERY IN this CASE in Spanish if POSSIBLE, ALSO WANT NAMES, if POSSIBLE, of ALL WITNESSES, complete DISCOVERY is Requested AND A NEW ATTORNEY AT This Time,

LASTLY, WOULD Like To MAKE A MOTION THAT I Be released AND ALL charges DROPPED AGAINST ME, Time WAS NEVER WAIVED AND I HAD NO Knowledge of charges I AM charged with.

Again, would like All paper work in Spanish,

Respectfully submitted,

MANUEL GUDINO-SERRA                    MANUEL GUDINO-SIERRA
44370048    6-3
2190 E. MESQUITE
PAHRUMP, NV 89060