# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Manuel Gudino-Sierra

                         JUDGMENT IN A CIVIL CASE

        Petitioner,

                         Case Number: 2:16-cv-01019-KJD
                                       (criminal case   2:09-cr-0466-KJD-PAL

United States of America

        Respondent

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED. FURTHER ORDERED that petitioner is denied a certificate of appealability.

 

July 15, 2019                                              DEBRA K. KEMPI
Date                                                         Clerk

                                                                         /s/ J. Matott
                                                                         Deputy Clerk